537 U.S. 1098
 GREEN TREE FINANCIAL CORP., NKA CONSECO FINANCE CORP.
v.
BAZZLE ET AL., IN A REPRESENTATIVE CAPACITY
ON BEHALF OF A CLASS AND FOR ALL OTHERS SIMILARLY SITUATED, ET AL.
 No. 02-634.
 Supreme Court of United States.
 January 10, 2003.
 
 1
 CERTIORARI TO THE SUPREME COURT OF SOUTH CAROLINA.
 
 
 2
 Sup.Ct. S.C. Certiorari granted. Reported below: 351 S.C. 244, 569 S.E.2d 349.